**1710  BOSTWICK vs. CIRCUIT JUDGE (Wayne), 4 D. L. N., 866.**

To compel the dismissal of an appeal from Justice Court, taken by plaintiff in an action of replevin. Granted, without costs, December 21, 1897.

The affidavit alleged the property to be worth $150, and not to exceed $500.

Held, that Act No. 460, L. A. 1895, does not confer upon justices of the peace of Detroit jurisdiction in replevin cases involving more than $100; that their jurisdiction in such cases is governed by the general statute. The defendant did not raise the question before the justice, and costs were therefore denied.

**1711  MONROE WATER CO. vs. HEATH (Mayor, Monroe), 4 D. L. N., 875.  (Certiorari to Monroe.)**

To compel respondent to sign a contract, for supplying the city of Monroe with water, ordered by the common council.

The circuit judge denied the application. Reversed and writ granted, without costs, December 15, 1897.